CAROLINE T. WOODBURY et al., Respondents, *v.* CHARLES A. GARRITY et al., Appellants, Impleaded with Others.

(Argued April 13, 1931; decided May 12, 1931.)

*James A. Gray* for appellants.

*Walter E. Warner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.